■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE WARWICK, Appellant. [30 NYS3d 827]—Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered April 21, 2015, convicting him of criminal impersonation in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention regarding his sentence is not preserved for appellate review (*see* CPL 470.05 [2]; *cf. People v*

*Williams*, 27 NY3d 212, 214 [2016]), and we decline to reach it in the exercise of our interest of justice jurisdiction (*see* CPL 470.15 [6] [a]).

The defendant's contention that he was deprived of his right to the effective assistance of counsel at the sentencing cannot be reviewed without regard to matter dehors the record and, thus, is not properly before this Court on direct appeal (*see People v Williams*, 120 AD3d 721, 723-724 [2014]). Balkin, J.P., Dickerson, Sgroi and Maltese, JJ., concur.